Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN GNASSI,<br><br>    Plaintiff,<br><br>v.<br><br>CARLOS DEL TORO, Secretary of the Navy,<br><br>    Defendant. | NO. C20-6095 JHC<br><br>STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINE<br><br>**NOTED: June 21, 2022** |

  COME NOW the parties, and respectfully agree and request that the Court extend the discovery deadline for the sole purpose of permitting Defendant Navy to depose two of Plaintiff's disclosed experts: Dr. Paul K. Patterson and PA-C Greg W. Mennie. Discovery is currently scheduled to conclude on June 27, 2022 (Order, Dkt. No.16). The parties request that the deadline be extended to July 1, 2022.

  As good grounds in support of the parties' stipulation, the parties state that despite best efforts, a brief extension is needed to complete the two remaining depositions noticed in this action. The brief extension is needed due to the sudden illness of counsel for the Navy

STIPULATION AND ORDER EXTENDING
DISCOVERY DEADLINE
C20-6095-JHC -1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

who is handling these depositions, necessitating the rescheduling of these two depositions. Scheduling conflicts of the witnesses and undersigned counsel prevent the two depositions from being scheduled within the time remaining for discovery.

Accordingly, the parties respectfully request this brief extension of the discovery deadline to July 1, 2022 for the sole purpose of permitting the Navy to take the depositions of Dr. Patterson and PA-C Mennie.

DATED this 21st day of June, 2022.

Respectfully submitted,

By:
MacDONALD HOAGUE & BAYLESS

*s/ Jesse Wing*
JESSE WING, WSBA #27751
MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Phone: 206-622-1604
Email: JesseW@MHB.com

*Attorney for Plaintiff*

By:
NICHOLAS W. BROWN
United States Attorney

*s/ Patricia D. Gugin*
PATRICIA D. GUGIN, WSBA #43458
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  253-428-3800
Fax:     253-428-3826
E-mail:  pat.gugin@usdoj.gov

*Attorney for Defendant*

STIPULATION AND ORDER EXTENDING
DISCOVERY DEADLINE
C20-6095-JHC -2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

# ORDER

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED and DECREED that good cause is shown for the requested extensions, accordingly, the deadline for discovery is extended from June 27, 2022, to July 1, 2022 for the sole purpose of taking the depositions of Dr. Patterson and PA-C Mennie.

DATED this 22nd day of June, 2022.

*John H. Chun*
John H. Chun
United States District Judge

Presented by:

MacDONALD HOAGUE & BAYLESS

*s/ Jesse Wing*
JESSE WING, WSBA #27751
MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Phone: 206-622-1604
Email: JesseW@MHB.com

*Attorney for Plaintiff*

STIPULATION AND ORDER EXTENDING
DISCOVERY DEADLINE
C20-6095-JHC -3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

NICHOLAS W. BROWN
United States Attorney

*s/ Patricia D. Gugin*
PATRICIA D. GUGIN, WSBA # 43458
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3800
Fax: 253-428-3836
E-mail: pat.gugin@usdoj.gov

*Attorney for Defendant*

STIPULATION AND ORDER EXTENDING
DISCOVERY DEADLINE
C20-6095-JHC -4

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800