UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN GNASSI, | CASE NO. 3:20-cv-06095-JHC |
| Plaintiff, | ORDER |
| v. | |
| CARLOS DEL TORO, Secretary of the Navy, | |
| Defendant. | |

This matter comes before the Court on Defendant's Motion for Relief from Case Deadlines. Dkt. # 52. The Court has reviewed the materials submitted in support of and in opposition to the motion. Defendant does not establish good cause for the Court to grant the requested relief. Thus, the Court DENIES the motion.

Dated this 2nd day of September, 2022.

John H. Chun
United States District Judge

ORDER - 1