UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN GNASSI,

               Plaintiff,

   v.

CARLOS DEL TORO, Secretary of the Navy,

               Defendant.

3:20-cv-06095-JHC

ORDER RE: DEFENDANT'S MOTION TO RETAX COSTS

     Before the Court is Defendant's motion to retax costs. Dkt. # 120. The motion is noted for October 27, 2023, but it is fully briefed, and the Court sees no reason to wait to rule on it. The Court has reviewed all materials submitted by the parties in connection with the motion, pertinent portions of the record, and the applicable law. Being fully advised, the Court DENIES the motion.

     Dated this 25th day of October, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER RE: DEFENDANT'S MOTION TO RETAX COSTS - 1